UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOHN SPITZNAGEL, individually and as trustee of
the John Spitznagel Living Trust u/a/d August 26,
2003,

                Plaintiff,

-vs-                                                  Case No.   2:09-cv-824-FtM-36SPC

R & D ITALIA, LLC; R & D ITALIA MANAGER,
LLC; R & D ITALIA VILLAS, LLC; R & D
ITALIA VILLAS MANAGER, LLC; R & D of
CASEY KEY MANAGER, LLC; JON
RUBINTON; R & D CASEY KEY, LLC,

                Defendants.
_____

**ORDER**

This matter comes before the Court on the Plaintiff's Agreed Motion to Extend the Discovery Cut-Off, Mediation Deadline, Deadline for Filing Defendants' Expert Disclosure and Plaintiffs' Rebuttal as to the Expert Report of James J. Walsh, and Deadline to File Dispositive and *Daubert* Motions (Doc. #72) filed on January 20, 2011.  The Parties agree to the extension of the remaining deadlines in this case.  Thus, for good cause shown, the Motion is due to be granted.

Accordingly, it is now

**ORDERED:**

Plaintiff's Agreed Motion to Extend the Discovery Cut-Off, Mediation Deadline, Deadline for Filing Defendants' Expert Disclosure and Plaintiffs' Rebuttal as to the Expert Report of James J. Walsh, and Deadline to File Dispositive and *Daubert* Motions (Doc. #72) is **GRANTED**.  The deadlines in this case are amended as followed:

| | | |
|---|---|---|
| Disclosure of Expert Reports | Defendants:<br>Rebuttal: | FEBRUARY 10, 2011<br>FEBRUARY 25, 2011 |
| *New deadlines are only applicable to the issues addressed in Plaintiff's expert report of James J. Walsh. | | |
| Discovery Deadline | | MARCH 4, 2011 |
| Mediation | Deadline:<br>Mediator:<br>Address:<br><br>Telephone: | MARCH 18, 2011 |
| IF NO MEDIATOR IS DESIGNATED HEREIN:<br>The parties shall file a stipulation selecting a mediator within fourteen (14) days of the date of this Order. | | |
| Dispositive Motions, *Daubert*, and *Markman* Motions | | APRIL 1, 2011 |

**All other deadlines shall remain unchanged.**

      **DONE AND ORDERED** at Fort Myers, Florida, this ___25th___ day of January, 2011.

                                        SHERI POLSTER CHAPPELL
                                        UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record